UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DIRECTV, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:04-cv-0245-DFH-WTL ) |
| JOHN BECKLER, | ) ) |
| Defendant. | ) |

FINAL JUDGMENT

The court having entered default in favor of plaintiff; the Magistrate Judge having recommended after a hearing that the court award certain relief; and no objections having been filed, the court hereby accepts the recommendation, and it is hereby ORDERED, ADJUDGED, AND DECREED:  (1) that plaintiff DirecTV, Inc. recover from defendant John Beckler the sum of Ten Thousand Five Hundred Dollars ($10,500.00); and (2) that defendant John Beckler is permanently ENJOINED from violating 18 U.S.C. § 2511, including intercepting, endeavoring to intercept, or procuring other persons to intercept electronic communications.

Date: October 16, 2006

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

-2-

Copies to:

Robert L. Gauss
ICE MILLER LLP
gauss@icemiller.com

John T. Murphy
ICE MILLER LLP
john.murphy@icemiller.com

Michael A. Wilkins
ICE MILLER LLP
wilkins@icemiller.com

John Beckler
P.O. Box 1041
Colleyville, TX 76034-1041